1124

part in the consideration or decision of this petition.

No. 99–1480. MRO COMMUNICATIONS, INC. v. AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1515. MRO COMMUNICATIONS, INC. v. AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1468. FLORIDA v. WILSON. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1470. SUBLETT ET AL. v. SWOOPES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1564. MAHONEY, WARDEN v. GOLLEHON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1502. AMOCO PRODUCTION CO. v. LOBO EXPLORATION CO. Ct. Civ. App. Okla. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–1591. GOODE, DBA MR. BONES BBQ v. CITY OF AUSTIN ET AL. C. A. 5th Cir. Motion of Americans for the Defense of Constitutional Rights for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–9727. BISBY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 849;

No. 99–220. DCR, INC., ET AL. v. PIERCE COUNTY, *ante,* p. 1053;

No. 99–949. DAHLSTROM v. UNITED STATES, *ante,* p. 1036;

No. 99–1013. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA ET AL. v. TAMIAMI PARTNERS, LTD, BY AND THROUGH ITS GENERAL PARTNER, TAMIAMI DEVELOPMENT CORP., *ante*, p. 1018;

No. 99–1260. WELDON ET UX. v. FARM CREDIT SERVICES OF MICHIGAN'S HEARTLAND, PCA, *ante*, p. 1021;

No. 99–1297. MENSAH v. ST. JOSEPH COUNTY FAMILY INDEPENDENCE AGENCY ET AL., *ante*, p. 1038;

No. 99–5134. HOWLAND v. TEXAS, 528 U. S. 887;

No. 99–7157. RASTEN v. DEPARTMENT OF LABOR, 528 U. S. 1124;

No. 99–7179. ZIMBOVSKY v. MASSACHUSETTS, 528 U. S. 1125;

No. 99–7282. SIRBAUGH v. ELO, WARDEN, 528 U. S. 1165;

No. 99–7363. RANDON v. HUBBARD, WARDEN, 528 U. S. 1167;

No. 99–7409. LANE v. NATIONAL DATA CORP., *ante*, p. 1023;

No. 99–7525. WEEKS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 528 U. S. 1171;

No. 99–7572. MCFADDEN v. FORD MOTOR CO. ET AL., 528 U. S. 1192;

No. 99–7717. CROSBY v. LAMBERT ET AL., *ante*, p. 1009;

No. 99–7762. ROBINSON v. LUKER ET AL., *ante*, p. 1024;

No. 99–7775. ALVARADO v. MCKAY ET AL., *ante*, p. 1024;

No. 99–7798. BRADLEY v. UNITED STATES, 528 U. S. 1193;

No. 99–7814. IN RE DAVAGE, 528 U. S. 1187;

No. 99–7927. MCKIRE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1040;

No. 99–8021. MARCUM v. OSCAR MAYER FOODS CORP. ET AL., *ante*, p. 1041;

No. 99–8143. MONTANYA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1042;

No. 99–8226. WALLACE v. FLORIDA, *ante*, p. 1030; and

No. 99–8241. BOSTEDT v. WISCONSIN, *ante*, p. 1031. Petitions for rehearing denied.

No. 99–835. STEWART v. UNITED STATES, 528 U. S. 1063;

No. 99–1213. WILLIAMS ET AL. v. MICHIGAN ET AL., *ante*, p. 1020; and

No. 99–5771. HART ET UX. v. ELDER ET AL., 528 U. S. 953. Motions for leave to file petitions for rehearing denied.

No. 99–1224. LEFKOWITZ v. UNITED STATES, 528 U. S. 1190. Motion of petitioner for leave to proceed further herein *in forma*